UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ATLANTIC FOREST PRODUCTS, LLC

        Plaintiff,

vs.

DIRECT BUILDING PRODUCTS CORP.

        Defendants.
-----------------------------------------------------------X

Docket No.: 1:19-cv-08112 (ER)

**DEFAULT JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: Jan. 27, 2020

    This action having been commenced on August 29, 2019 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendant, Direct Building Products Corp., on September 12, 2019, at 3:03 p.m., by delivering to and leaving with Sue Zouky an authorized agent in the Office of the Secretary of the State, State of New York, two (2) two true copies of the Summons and Complaint. Proof of service having been filed on September 24, 2019 and the Defendant not having answered the Complaint, the time for answering the Complaint having expired, and plaintiff having established, without opposition, its right to collect on its unpaid invoices due to Direct Building's breach of its agreement to pay for the goods it received, it is

    ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against Defendant in the liquidated amount of $261,210.25 plus $445 in costs associated with this action together with prejudgment interest in the amount of nine percent per annum from February 3, 2019 through entry of judgement in the amount of $261,655.25, and post judgment interest calculated in accordance with 28 U.S.C. § 1961.

Dated: New York, New York
       January 27, 2020

                                                  U.S.D.J.
                                          Hon. Edgardo Ramos
This document was entered on the docket on January 27, 2020.